

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 20 CR 193 JED |
| Plaintiff, | ) | |
| | ) | **INDICTMENT** |
| v. | ) | [18 U.S.C. §§ 2261A(2)(A), 2261A(2)(B), and 2261(b)(6): Cyber Stalking] |
| PARRIS DESHAUNTE EVITT, | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

Beginning on or about October 20, 2018, through September 3, 2020, in the Northern District of Oklahoma and elsewhere, the defendant, **PARRIS DESHAUNTE EVITT**, with the intent to kill, injure, harass, and intimidate L.L., a female whose identity is known to the Grand Jury, used the mail, any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that placed L.L. in reasonable fear of death and serious bodily injury to L.L. and caused, and would be reasonably expected to cause, L.L. substantial emotional distress. The defendant, **PARRIS DESHAUNTE EVITT**, committed the above acts in violation of a protection order, as described in Title 18, United States Code, Section 2266.

All in violation of Title 18, United States Code, Sections 2261A(2)(A), 2261A(2)(B), and 2261(b)(6).

R. TRENT SHORES  
UNITED STATES ATTORNEY

A TRUE BILL

/s/ *CHANTELLE D. DIAL*  
CHANTELLE D. DIAL  
Assistant United States Attorney

*/s/ Grand Jury Foreperson*  
Grand Jury Foreperson